No. 32—2302. Gertrude M. Jewett v. A. L. Jewett. In February, 1884, appellant obtained a decree of divorce from appellee, and by it was awarded the custody of their three sons, and alimony for the support of herself and said three sons fixed at the sum of seventy-five dollars per month, Both parties married again, appellant becom'ng the wife of a man whom the record shows was of ample means. Soon after his marriage to his present wife appellee filed his petition to open the former decree as to the custody of the children. Appellant resisted the application but the court opened the decree and heard evidence at considerable length. The court permitted the two elder sons to elect with which parent they would remain, and they selected their mother. At the time of this hearing the oldest son was upward of seventeen years of age and had been employed as a clerk. The second son was fifteen years old, and the youngest eleven and something over. The court, by its final order in the matter of appellee's petition, left the custody of the sons with appellant but reduced the alimony to twenty dollars per month, which sum appellee was ordered to pay for the support and education of the youngest boy. This order appellant assigns for error, alleging that the order should have been for a larger amount, and should have made provision for the support of the second son. This court can not say that the judgment arrived at by the chancellor ought to be different. Affirmed. Opinion PER

CURIAM. Judge below, HENRY M. SHEPARD. Attorneys, for appellant, Messrs. PADDOCK & ALDIS; for appellee, Mr. ALFRED MOORE and Messrs. BISBEE, AHRENS & DECKER. Opinion filed April 28, 1886.